UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-CR-214-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HERIBERTO TOVAR-CORDOVA, a/k/a "Eddie,"
2. MARCO ANTONIO BARRERA, a/k/a "Chapo,"
3. JUAN MANUEL TOVAR-RAMIREZ, a/k/a "Chilingue,"
4. MANUEL HERNANDEZ-RUIZ, a/k/a "Omar Tovar,"
5. RAMON DURAN-SOLIS, a/k/a "Chakurras,"
6. JOSE GUADALUPE CORDOBA-MURILLO, a/k/a "Chila,"
7. DANIEL OCAMPO-ROJAS, a/k/a "Marco Antonio Orasco-Zauceda,"
8. MIGUEL BENIGNO RIVERO-SAURI,
9. OSCAR ACOSTA-LOPEZ,
10. TAMMI ARAGON,
11. LATRICIA MITCHEM, a/k/a "Latricia Mitchell," a/k/a "Chucha," and
12. JOSEPH BRIGHT,

    Defendants.

_____

**ORDER**
_____

THIS MATTER is before the Court on review of the file. On September 26, 2005, this Court entered an order establishing briefing schedules requiring defense counsel to file any challenges to the validity of the wire-tap evidence in this case on or before **Monday, January 30, 2006**. A full-day hearing on the wire-tap challenges is scheduled to occur on **Friday, April 28, 2006**. The September 26, 2005 Order further stated that the parties shall file any additional non-dispositive discovery motions on or before **Friday, December 16, 2005**. Discovery motions were filed by Defendant Ocampo-Rojas (docket #244) and Defendant Antonio-Barerra (#246). In addition,

Defendant Ocampo-Rojas filed a Motion to Suppress (#245).  The Court recently set these motions for hearing on March 10, 2006.

**Defendants are advised that they should refrain from filing additional suppression motions at this time.  The Court will establish a schedule for briefing of dispositive motions unrelated to the wire-tap evidence at the Friday, April 28, 2006**, **hearing.**

Dated:  January 30, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge